# United States District Court

## For The District of Columbia

**UNITED STATES OF AMERICA**

V.

ABRAHAM KHATIB

**CRIMINAL COMPLAINT**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __April 13, 2007__ in __Washington, D.C.__ county, in the District of __Columbia__ defendant(s) did, (Track Statutory Language of Offense)

the defendant, did unlawfully, knowingly and intentionally transmit in interstate commerce a communication containing a threat to injure the person of another, to wit, the Israeli Ambassador to the United States,

in violation of Title __18__ United States Code, Section(s) __875(c)__.

I further state that I am __Joshua M. Klaus, Officer with the United States Secret Service__, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

AUSA, Barbara E. Kittay  (202) 514-6940
Sworn to before me and subscribed in my presence,

Signature of Complainant
Joshua M. Klaus, Officer
United States Secret Service

_____        at    __Washington, D.C.__
Date                                                          City and State

_____            _____
Name & Title of Judicial Officer                Signature of Judicial Officer

**AFFIDAVIT IN SUPPORT OF COMPLAINT**
ABRAHAM KHATIB, DOB XX-XX-XXX, FBI 987686T7

I, Joshua M. Klaus, Officer of the United States Secret Service (USSS), Uniformed Division, Foreign Missions Branch, Washington, D.C. (hereinafter affiant), being duly sworn, depose and state as follows:

1. I am an Officer of the USSS, with federal law enforcement powers. I have been an officer for almost five years. I am currently assigned to the Foreign Missions Branch in Washington, D.C. (Mission Liaison and Intelligence Unit), which investigates allegations of injuries, assaults, and threats to ambassadors, embassies and embassy personnel, and other offenses; prior to this assignment, I spent two years at the White House, assigned to the counter-surveillance unit and as a patrol officer. During my career, I have participated in numerous criminal investigations, to include assaults, threats, thefts, missing persons, robberies and immigration fraud matters.

2. This affidavit is submitted in support of a criminal complaint charging ABRAHAM KHATIB, date of birth xx/xx/xxxx, with Threatening Interstate Communications, in violation of 18 U.S.C. §875(c).

3. The facts and information contained in this affidavit are based upon my personal knowledge and the investigation and observations of other law enforcement officers. This affidavit contains information necessary to support probable cause for this

-2-

application.  It is not intended to include each and every fact and matter observed by me or known to the government.

4.  In 2007, a male individual named ABRAHAM KHATIB (whose criminal history dates back to 1979 and includes arrests of unknown disposition for theft and attempted murder) began making telephone calls to the Embassy of Israel, located at 3514 International Drive, N.W., Washington, D.C.  On March 1, 2007, a security official of the Embassy of Israel reported that the Executive Assistant to the Ambassador had received a telephone call from number (xxx) xxx-xxxx (which she recorded from a caller-ID device), in which a male voice with a "Middle Eastern" accent stated, "You Jewish people stop messing with the demons, or I will kill the Ambassador."  The caller repeated the threat and hung up.  The Executive Assistant was familiar with the caller's voice and telephone number from several previous calls that were non-threatening.

5.  Your affiant was familiar with an individual named ABRAHAM KHATIB, DOB xx-xx-xxxx, of Wilmington, North Carolina, who in September of 2006, had made several harassing and threatening telephone calls to the Russian Embassy, complaining about the treatment of Iranians.  On September 12, 2006, this affiant spoke with a person associated with KHATIB, who advised that KHATIB has a medical history of Schizophrenia, and often refuses to take prescribed medications.  This person forwarded to this affiant a

-3-

copy of an application for an involuntary commitment Order, dated September 18, 2006, in which the person alleged that KHATIB is "mentally ill and dangerous to self or others or mentally ill and in need of treatment in order to prevent further disability or deterioration that would predictably result in dangerousness." This affiant does not know if the Court granted the application. On the application, the address ABRAHAM KHATIB is xxx xxxx xxxxx, xxxx, xxxx.

6.   The affiant accessed a public database which provides reverse subscriber information for telephone numbers. According to the information provided, (xxx) xxx-xxxx, is Southern Bell telephone number, belonging to the defendant's wife, in Wilmington, N.C.

7.   On March 1, 2007, after being contacted by the Embassy of Israel, this affiant called (xxx) xxx-xxxx and asked the male who answered to identify himself.  The male stated in a loud voice that he is "Abraham" and demanded the identity of this affiant.  He then began complaining about "fucking Jews" and what he said was their treatment of Iranians, and "demons."  When asked, he admitted that earlier that day, he had called the Embassy of Israel, had spoken with a woman, and had made threats to the Ambassador.  He was told to stop contacting the Embassy of Israel.

8.   On April 13, 2007, a State Department Special Agent (Protective Liaison) reported that the Embassy of Israel had

-4-

received another threatening telephone call from number (xxx) xxx-xxxx (which an employee of the Embassy had recorded from a caller-ID device). The male caller, who spoke in what was described as a "Middle Eastern" accent stated, "Motherfucker, I will kill the Ambassador, free Palestine and Fuck the Israeli Government." The caller repeated the threat several times and hung up.

9. Later that day, your affiant called (xxx) xxx-xxxx and recognized the male who answered to be ABRAHAM KHATIB. The individual confirmed that he was "Abraham" and again began complaining about Jewish people. He admitted that earlier that day, he had called the "Jewish Embassy" to complain, but denied making threats, claiming that he was misunderstood. He was again requested to stop contacting the Embassy of Israel.

10. A United States Secret Service Special Agent assigned to the Wilmington (N.C.) Field Office went to xxx xxxx xxxxx, in xxxx, xxx and spoke with the occupant, who identified himself as ABRAHAM KHATIB. KHATIB admitted to making phone calls to the Embassy of Israel in Washington, D.C., from his home in Wilmington, N.C., but denied making threats. He told the agent that he is supposed to get bi-weekly intravenous injections of Haldol.

11. Based on the above information, I believe there is probable cause to believe that April 13, 2007, within the District of Columbia, the Eastern District of North Carolina, and elsewhere, the defendant ABRAHAM KHATIB, did unlawfully, knowingly and

-5-

intentionally transmit in interstate commerce a communication containing a threat to injure the person of another, to wit, the Israeli Ambassador to the United States, in violation of 18 U.S.C. §875(c).

                                        _____
                                        Joshua M. Klaus
                                        Officer, Uniformed Division
                                        United States Secret Service

Sworn to and subscribed before me this ____ day of April, 2007.

                                        _____
                                        United States Magistrate Judge