# United States District Court

EASTERN DISTRICT OF NORTH CAROLINA
OFFICE OF THE CLERK
SOUTHERN DIVISION

2 PRINCESS STREET, ROOM 239
WILMINGTON, NC 28401
(910) 815-4663

May 14, 2007

**FILED**
MAY 1 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Nancy Mayer-Whittington, Clerk
District of Columbia
1225 E. Barrett Prettyman
333 Constitution Avenue, NW
Washington, DC 20001

RE: USA v. ABRAHAM KHATIB, No. 7:07-MJ-1087
    Your No. 07-180-M-01

Dear Clerk:

The above referenced defendant appeared before Judge Swearingen for his initial appearance on May 2, 2007. Enclosed find the following certified papers relative to the defendant's appearance in this District: minute notes sheets, Waiver of Preliminary Examination or Hearing, Order appointing Federal Public Defender, Order Setting Conditions of Release, Appearance and Compliance Bond, and a copy of our docket sheet. Judge Swearingen did not set a first appearance date in your Court. Mr. Khatib was advised that he would be noticed by your court of a date and time when to appear.

Please acknowledge receipt on the enclosed copy of this letter and return envelope provided.

Sincerely,

DENNIS P. IAVARONE, CLERK

Elizabeth L. Eggleston
Deputy Clerk

Enclosures


cc: U. S. Attorney
    U. S. Marshal - Raleigh, NC
    U. S. Probation - Wilmington, NC

CLOSED

# U.S. District Court
# EASTERN DISTRICT OF NORTH CAROLINA (Southern Division)
# CRIMINAL DOCKET FOR CASE #: 7:07-mj-01087-SES-ALL
# Internal Use Only

Case title: USA v. Khatib                           Date Filed: 05/02/2007

Assigned to: USMJ E. S. Swearingen

**Defendant**

**Abraham Khatib** (1)                              represented by **Devon Donahue**
*TERMINATED: 05/14/2007*                            Federal Public Defender
                                                    150 Fayetteville Street Mall
                                                    Suite 450
                                                    Raleigh, NC 27601
                                                    919-856-4236
                                                    Fax: 856-4477
                                                    Email: devon_donahue@fd.org
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**Pending Counts**                                  **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**                               **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                                      **Disposition**
18:875C.F, 18:875C.F

*I certify the foregoing to be a true and correct copy of the original.*
*Dennis P. Iavarone, Clerk*
*United States District Court*
*Eastern District of North Carolina*
*By _____ Deputy Clerk*

**Plaintiff**

**USA**                                             represented by **Felice Corpening**
                                                    U. S. Attorney's Office

310 New Bern Ave.
Suite 800
Raleigh, NC 27601-1441
919-856-4530
Fax: 856-4487
Email: felice.corpening@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/02/2007 |  | Arrest (Rule 5) of Abraham Khatib on warrant from District of Columbia (Deputy Clerk - LE, ) (Entered: 05/03/2007) |
| 05/02/2007 | 1 | CRIMINAL COMPLAINT as to Abraham Khatib (ORIGINALLY FILED IN DISRICT OF COLUMBIA) (Deputy Clerk - LE, ) (Entered: 05/03/2007) |
| 05/02/2007 | 2 | Minute Entry for proceedings held before Judge E. S. Swearingen :Initial Appearance in Rule 5 Proceedings as to Abraham Khatib held on 5/2/2007 - USA-Felice Corpening - USPO-Robert Taylor - FPD-Ormond Harriott - dft. advised of chgs in criminal comp, warrant in Dist. of Columbia - dft waives his identity hrg. (Tape #BOX 21.) (Deputy Clerk - LE, ) (Entered: 05/03/2007) |
| 05/02/2007 |  | ORAL MOTION for Detention by USA as to Abraham Khatib. (Deputy Clerk - LE, ) (Entered: 05/03/2007) |
| 05/02/2007 | 3 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Abraham Khatib . Signed by Judge E. S. Swearingen on 5/2/2007. CC TO FPD (Deputy Clerk - LE, ) (Entered: 05/03/2007) |
| 05/02/2007 |  | ORAL MOTION to Continue DETENTION HEARING FOR 2 DAYS by Abraham Khatib. (Deputy Clerk - LE, ) (Entered: 05/03/2007) |
| 05/02/2007 |  | ORDER granting ORAL Motion to Continue Detention Hearing for 2 days as to Abraham Khatib (1). Signed by Judge E. S. Swearingen on 5/2/2007. (Deputy Clerk - LE, ) (Entered: 05/03/2007) |
| 05/02/2007 | 4 | ORDER OF DETENTION as to Abraham Khatib Detention Hearing set for 5/9/2007 10:00 AM in Wilmington - Courtroom 3 before USMJ E. S. Swearingen.. Signed by Judge E. S. Swearingen on 5/2/2007. (Deputy Clerk - LE, ) (Entered: 05/03/2007) |
| 05/09/2007 | 5 | NOTICE OF ATTORNEY APPEARANCE: Devon Donahue appearing for Abraham Khatib (Donahue, Devon) (Entered: 05/09/2007) |
| 05/09/2007 | 6 | Minute Entry for proceedings held before Judge E. S. Swearingen :Detention Hearing as to Abraham Khatib held on 5/9/2007 in Wilmington - USA-Capt. Congdon, FPD-Devon Donahue, USPO-David Leake (Court Reporter Box 21.) (Deputy Clerk - LE, ) (Entered: 05/09/2007) |

| | | |
|---|---|---|
| 05/09/2007 | ●7 | ORDER Setting Conditions of Release as to Abraham Khatib (1) Unsecured Bond - $50,000. Signed by Judge E. S. Swearingen on 5/9/2007. cc to USPO, Dft., 3rd pty custodian. (Deputy Clerk - LE, ) (Entered: 05/09/2007) |
| 05/09/2007 | | *· v |
| 05/09/2007 | ●8 | Appearance & Compliance Bond Entered as to Abraham Khatib in amount of $ 50,000 cc to USPO, FPD, dft. (Deputy Clerk - LE, ) (Entered: 05/09/2007) |
| 05/09/2007 | ●9 | WAIVER of Preliminary Examination or Hearing by Abraham Khatib (Deputy Clerk - LE, ) (Entered: 05/09/2007) |
| 05/14/2007 | ●10 | Document as to Abraham Khatib. Letter to Mayer-Whittington, Clerk, District of Columbia re: IA and proceedings held in this court. CC to USPO. (Deputy Clerk - LE, ) (Entered: 05/14/2007) |
| 05/14/2007 | | ***Set/Clear Flags as to Abraham Khatib, ***Terminated defendant Abraham Khatib, pending deadlines, and motions. (Deputy Clerk - LE, ) (Entered: 05/14/2007) |

U.S. DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
**COURTROOM #3**
May 2, 2007
THE HONORABLE E. S. SWEARINGEN, PRESIDING

**IA -**

This matter convened at 10:13 a.m.

USA/ATTY:

Court Personnel:
Deputy: Liz Eggleston
USM/Agent: George Benya
USA: Felice Corpening
FPD: Ormond Harriott
CSO: Rotated
USPO: Robert Taylor

---

DATE OF ARREST: 5/2/2007 per George Benya, DUSM

| | |
|---|---|
| USA | INITIAL APPEARANCE |
| v. | |
| ABRAHAM KHATIB | No. 7:07-MJ-1087 |

Defendant advised of rights, charges & penalties. Advised that his charges are pending in the District of Columbia. Order entered appointing FPD Court advised by Ms. Harriott that dft. waives an identity hearing in this district. Oral Motion for detention by USA. Dft. requests two day extension. Order granting - Detention Hearing set for 5/9/2007 at 10:00 a.m.

Matter concluded at 10:25 a.m.

U.S. DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
**COURTROOM #3**
May 9, 2007
THE HONORABLE E. S. SWEARINGEN, PRESIDING

This matter convened at 10:12 a.m.

USA/ATTY:

Court Personnel:
Deputy: Liz Eggleston
USM/Agent: George Benya
USA: Capt. Congdon
FPD: Devon Donahue
CSO: Rotated
USPO: David Leake

---

| | |
|---|---|
| USA | Detention Hearing |
| v. | No. 7:07-mj-1087 |
| ABRAHAM KHATIB | |

Dft. present with his counsel -

Dft. advised that he has a right to a preliminary exam. Counsel will discuss this matter with him. Sworn evidence for the Government:

|  | Direct | Cross |
|---|---|---|
| Anton Fickey, Secret Svs | 10:13 - 10:21 | 10:21 - 10:27 |

Proffer by Ms. Donahue -

Arguments by USA and FPD -

Argument by Ms. Donahue as to release -

Judge addresses the Preliminary Exam issue - dft. through counsel waives -

Court orders that defendant be released on order setting conditions of release and unsecured $50,000 unsecured bond

Matter concluded at 11:00 a.m.

# United States District Court

FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

FILED IN OPEN COURT
ON 5-2-07
Dennis P. Iavarone, Clerk
US District Court
Eastern District of NC

NO. 1:07-mJ-1087

UNITED STATES OF AMERICA

VS.                                                ORDER

Abraham Khatib

    Defendant having demonstrated eligibility for appointment of counsel at government expense, the Federal Public Defender is directed to provide representation in this action.

    The Court further determines that the defendant is unable to pay the fees of any witness and pursuant to 17(b), F.R.Cr.P., the Clerk shall issue a subpoena for any witness necessary to present an adequate defense to the pending charge or charges.

    It is FURTHER ORDERED that the United States Marshal shall serve any subpoena presented to him in this case by the office of the Federal Public Defender, and shall pay the appropriate fees and expenses to witnesses so subpoenaed, in accordance with Federal Rules of Criminal Procedure 17(b) and the May 26, 1987 Standing Order of this Court filed in the Miscellaneous Order Book #4, at page 115.

SO ORDERED this 2nd day of May 2007.

E. S. SWEARINGEN
U. S. MAGISTRATE JUDGE

1c:  ___ FPD w/CJA 23
     ___ USPO
     ___ U. S. Attorney
     ___ U. S. Marshal

AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

FILED IN OPEN COURT
ON 5-9-07
Dennis P. Iavarone, Clerk
US District Court
Eastern District of NC

# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __NORTH CAROLINA__

UNITED STATES OF AMERICA
V.

Abraham Khatib

WAIVER OF PRELIMINARY
EXAMINATION OR HEARING
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: 7:07-mj-1087

I, __Abraham Khatib__, charged in a ☒ complaint ☐ petition pending in this District __of Columbia__ in violation of __18__, U.S.C., __875(c)__,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a   ☐ examination  ☐ hearing  , do hereby waive (give up) my right to a preliminary ☒ examination ☒ hearing.

Ibrahim Khatib
Defendant

5-9-07
Date

_[signature]_
Counsel for Defendant

FILED IN OPEN COURT
ON 5-9-07
Dennis P. Iavarone, Clerk
US District Court
Eastern District of NC

✱AO 98A   (12/03) Includes violations of Conditions of Release as well as non-appearance as grounds for forfeiture

# UNITED STATES DISTRICT COURT

__Eastern__ District of __North Carolina__

UNITED STATES OF AMERICA
V.

__Abraham Khatib__
Defendant

APPEARANCE AND COMPLIANCE BOND

Case Number: __7:07-mJ-1087__

☑ Non-surety: I, the undersigned defendant acknowledge that I and my . . .
☐ Surety: We, the undersigned, jointly and severally acknowledge that we and our . . .
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$ __50,000__ , ~~and there has been deposited in the Registry of the Court the sum of~~
$ ~~_____ in cash or _____~~ (describe other security.)

The conditions of this bond are that the defendant, __Abraham Khatib__
(Name)

is to (1) appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred; (2) comply with all conditions of release imposed by the court, and (3) abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment, may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on __9 May 2007__ at __Wilmington, NC__
                          Date

Defendant __Ibrahim Khatib__ _____ Address _____

Surety _____ Address _____

Surety _____ Address _____

Signed and acknowledged before me __May 9, 2007__
                                        Date
                                        __[signature]__
                                        Judge/Clerk

Approved _____
                Judge

%AO 199A    (Rev. 6/97) Order Setting Conditions of Release                                Page 1 of __3__ Pages

# UNITED STATES DISTRICT COURT

__Eastern__    District of __N C__

FILED IN OPEN COURT
ON 5-9-07
Dennis P. Iavarone, Clerk
US District Court
Eastern District of NC

United States of America

V.

__Abraham Apiesh Khatib__
Defendant

ORDER SETTING CONDITIONS
OF RELEASE

Case Number:  7:07-MJ-1087
              7:07-M-180-1

IT IS ORDERED that the release of the defendant is subject to the following conditions:

✓ (1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

✓ (2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number.

✓ (3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear at (if blank, to be notified) _____
                                                                                                    Place
_____ on _____
                                Date and Time

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

( ✓ ) (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

(   ) (5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of __Fifty thousand__ dollars ($ __50,000__ ) in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

DISTRIBUTION:  COURT  DEFENDANT  PRETRIAL  SERVICES  U.S. ATTORNEY  U.S. MARSHAL

%AO 199B    (Rev 5/99) Additional Conditions of Release                    Page 2 of 3

## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community.
IT IS FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:
(Name of person or organization) **Zabida Khatib**
(Address)
(City and st)                                        (Tel. No.)
who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: _____  5-9-07
        Custodian or Proxy          Date

(✓) (7) The defendant shall:
  (✓)(a) report to the **US Probation Office**,
         telephone number _____, not later than _____.
  ( )(b) execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property:
  ( )(c) post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described
  ( )(d) execute a bail bond with solvent sureties in the amount of $ _____.
  ( )(e) maintain or actively seek employment.
  ( )(f) maintain or commence an education program.
  (✓)(g) surrender any passport to: **US Probation Office**
  ( )(h) obtain no passport.
  (✓)(i) abide by the following restrictions on personal association, place of abode, or travel:
         **Restrict travel to the EDNC unless with prior approval from PTS**
  ( )(j) avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to: _____
  (✓)(k) undergo medical or psychiatric treatment and/or remain in an institution as follows: **maintain medication**
  ( )(l) return to custody each (week) day as of _____ o'clock after being released each (week) day as of _____ o'clock for employment, schooling, or the following limited purpose(s):
  ( )(m) maintain residence at a halfway house or community corrections center, as deemed necessary by the pretrial services office or supervising officer.
  (✓)(n) refrain from possessing a firearm, destructive device, or other dangerous weapons.
  ( )(o) refrain from ( ) any (✓) excessive use of alcohol.
  (✓)(p) refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
  (✓)(q) submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.
  ( )(r) participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer.
  (✓)(s) refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or electronic monitoring which is (are) required as a condition(s) of release.
  (✓)(t) participate in one of the following home confinement program components and abide by all the requirements of the program which ( ) will or ( ) will not include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by the pretrial services office or supervising officer.
         ( ) (i) Curfew. You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the pretrial services office or supervising officer; or
         (✓) (ii) Home Detention. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer; or
         ( ) (iii) Home Incarceration. You are restricted to your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the pretrial services office or supervising officer.
  (✓)(u) report as soon as possible, to the pretrial services office or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.
  (✓)(v) **Consent to a warrantless search of the person, vehicle, residence and immediate vicinity upon request of any PTS or law enforcement office**
  ( )(w) _____
  ( )(x) _____

DISTRIBUTION:   COURT    DEFENDANT    PRETRIAL SERVICES    U.S. ATTORNEY    U.S. MARSHAL

AO 199C   (Rev.6/97) Advise of Penalties ...                                     Page __3__ of __3__ Pages

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

x _Ibrahim Khatib_
Signature of Defendant

## Directions to United States Marshal

( X ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: _May 9, 2007_                                                 _[signature]_
                                                                   Signature of Judicial Officer

                                                                   U.S. Magistrate Judge
                                                                   Name and Title of Judicial Officer

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL